IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06cr154 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PATRICK MCKINNEY, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant appeared before the court on May 31, 2006 at which time the defendant entered a plea of guilty to an information. The government was represented by Assistant United States Attorney Maria Moran and the defendant was represented by Michael J. Poepsel. The court accepted the plea and adjudged the defendant is guilty of the offense charged in the information.

**IT IS ORDERED:**

1. Sentencing is scheduled for August 25, 2006 at 1:00 p.m. before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. The defendant, Patrick McKinney, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 9th day of June, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge