IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK MCKINNEY,<br><br>    Defendant. | 8:06CR154<br><br>ORDER |

  This matter came on for hearing on September 11, 2013, on Defendant's request for release to C.H., Inc.

  IT IS ORDERED as follows:

  The Defendant shall be released from custody on October 1, 2013, at 1:00 p.m., or as soon thereafter as he can be released.

  The Defendant is released from custody on the condition that he immediately enter a Public Law Placement at C.H. Inc., 1228 South Main, Council Bluffs, Iowa.  The defendant shall reside at C.H., Inc. for a period of up to 120 days pursuant to a public law placement. He shall follow all of the rules and requirements of such facility.

  The Defendant shall comply with all previously ordered conditions of supervised release.

  Should the Defendant be discharged from the program for any reason, or otherwise violate any condition or this order, or the previously set conditions of supervised release, then a warrant shall issue for his arrest.

  IT IS SO ORDERED.

  Dated this 1st day of October, 2013.

                BY THE COURT:

                 s/ Joseph F. Bataillon
                United States District Judge